IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-20989-MGC

AMOS FINANCIAL LLC
a Foreign Limited Liability Company

  Plaintiff,

vs.

FIRST HORIZON BANK
a Foreign Corporation

  Defendant.
_____/

**CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the Plaintiff, Amos Financial LLC ("Amos Financial") certifies that Amos Financial is a limited liability company that is 100% owned by Ohannes Korogluyan, an individual who is a citizen of the State of Illinois.

            DATED this 18th day of March, 2021
            Respectfully submitted,

            Olken Law PLLC
            Attorney for Plaintiff Amos Financial LLC

            **By: /S/ Nathan Olken**
            Nathan Olken, Esq
            Florida Bar No. 0048179
            499 NW 70th Avenue, Suite 105
            Plantation, FL 33317
            Tel.: (954) 640-8411
            nathan@olkenlaw.com